

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS

Jeannette J. Clack, Clerk

501 West 5th Street,
Suite 1100
Austin, Texas 78701
512-916-5896

January 17, 2020

**Michael Clark Gross**
Gross & Esparza, P.L.L.C.
1524 N. Alamo St.
San Antonio, TX 78215

   RE: USDC#: 1:17-cr-00227-XR-1
      USCA#: 19-50891
      *USA v. Dubin et al*

Dear Mr. Gross:

In connection with the above-referenced appeal, the following documents are transmitted to you.

  __X__ SEALED ELECTRONIC RECORD ON APPEAL (DVD)

If you have any questions, feel free to contact us at the Clerk's Office.

Sincerely,

*[signature]*
Deputy Clerk
Enc.